**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 5:25-CR-28 (MTT)** |
| | ) | |
| **WAYNE MOSELEY, III,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term.  Doc. 34.  The government does not oppose the motion.  *Id.* at 1.

Having considered the grounds for the motion, the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 34) is **GRANTED**.  The case is continued from the September term until the Court's next trial term presently scheduled for **November 3, 2025**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 25th day of August, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT